FRAMROZE M. VIRJEE (S.B. #120401)
DAVID L. HERRON (S.B. #158881)
ADAM P. KOHSWEENEY (S.B. #229983)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071-2899
Telephone:   (213) 430-6000
Facsimile:   (213) 430-6407

CHRIS A. HOLLINGER (S.B. #147637)
CHRISTOPHER T. SCANLAN (S.B. #211724)
O'MELVENY & MYERS LLP
275 Battery Street, 26th Floor
San Francisco, CA 94111-3344
Telephone:   (415) 984-8700
Facsimile:   (415) 984-8701

Attorneys for Defendant
Citicorp Investment Services

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NICHOLAS TCHIKOVANI,

        Plaintiff,

    v.

CITICORP INVESTMENT SERVICES, and Does 1 through 100,

        Defendants.

Case No. C-07-3560 HRL

FEDERAL RULE OF CIVIL PROCEDURE 7.1 CERTIFICATION OF NON GOVERNMENTAL CORPORATE PARTY

(Removal From Santa Clara County Superior Court Case No. BC 107CV-083202)

FRCP 7.1 CERTIFICATION

       Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned certifies that the following persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

       On, Defendant May 31, 2007, Defendant Citicorp Investment Services was merged with and into Citigroup Global Markets Inc. ("CGMI"). CGMI is wholly owned by Citigroup Global Markets Holdings, Inc., which, in turn, is wholly owned by Citigroup, Inc., shares of which are listed on the New York Stock Exchange.

Dated: July 10, 2007.

O'MELVENY & MYERS LLP
FRAMROZE M. VIRJEE
CHRIS A. HOLLINGER
ADAM P. KOHSWEENEY
CHRISTOPHER T. SCANLAN

By: /s/ Adam P. KohSweeney
Adam P. KohSweeney
Attorneys for Defendant
CITICORP INVESTMENT SERVICES

LA3:1135607.1