FRAMROZE M. VIRJEE (S.B. #120401)
DAVID L. HERRON (S.B. #158881)
ADAM P. KOHSWEENEY (S.B. #229983)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

CHRIS A. HOLLINGER (S.B. #147637)
CHRISTOPHER T. SCANLAN (S.B. #211724)
O'MELVENY & MYERS LLP
275 Battery Street, 26th Floor
San Francisco, CA 94111-3306
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Attorneys for Defendant
Citicorp Investment Services

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS TCHIKOVANI,<br><br>             Plaintiff,<br><br>     v.<br><br>CITICORP INVESTMENT SERVICES, and Does 1 through 100,<br><br>             Defendants. | Case No. C07-03560 HRL<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

1 | The undersigned party hereby declines to consent to the assignment of this case to
2 | a Untied States Magistrate Judge for trial and disposition, and hereby requests the
3 | reassignment of this case to a United States District Judge.

5 | Dated: July 13, 2007.

O'MELVENY & MYERS LLP
FRAMROZE M. VIRJEE
DAVID L. HERRON
CHRIS A. HOLLINGER
ADAM P. KOHSWEENEY
CHRISTOPHER T. SCANLAN


By: /s/ Adam P. KohSweeney
    Adam P. KohSweeney
Attorneys for Defendant
CITICORP INVESTMENT SERVICES

LA3:1135753.1