1  FRAMROZE M. VIRJEE (S.B. #120401)
   DAVID L. HERRON (S.B. #158881)
2  ADAM P. KOHSWEENEY (S.B. #229983)
   O'MELVENY & MYERS LLP
3  400 South Hope Street
   Los Angeles, CA  90071-2899
4  Telephone:   (213) 430-6000
   Facsimile:    (213) 430-6407
5
   CHRIS A. HOLLINGER (S.B. #147637)
6  CHRISTOPHER T. SCANLAN (S.B. #211724)
   O'MELVENY & MYERS LLP
7  275 Battery Street, 26th Floor
   San Francisco, CA 94111-3344
8  Telephone:   (415) 984-8700
   Facsimile:    (415) 984-8701
9
   Attorneys for Defendant
10 Citicorp Investment Services

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| NICHOLAS TCHIKOVANI, | Case No.  C 07-03560 HRL |
|---|---|
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| CITICORP INVESTMENT SERVICES, and Does 1 through 100, | |
| Defendants. | |

CERTIFICATE OF SERVICE
CASE NO. C 07-03560 HRL

**PROOF OF SERVICE BY MAIL**

I am over the age of eighteen years and not a party to the within action. I am a resident of or employed in the county where the service described below occurred. My business address is Embarcadero Center West, 275 Battery Street, San Francisco, California 94111-3344. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, correspondence collected from me would be processed on the same day, with postage thereon fully prepaid and placed for deposit that day with the United States Postal Service. On July 10, 2007 I served the following:

1. **NOTICE OF REMOVAL; RULE 3-16 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
2. **FEDERAL RULE OF CIVIL PROCEDURE 7.1 CERTIFICATION OF NON GOVERNMENTAL CORPORATE PARTY**
3. **CIVIL COVER SHEET**
4. **U.S. DISTRICT COURT NORTHERN CALIFORNIA ECF REGISTRATION INFORMATION HANDOUT;**
5. **WELCOME TO THE U.S. DISTRICT COURT, SAN JOSE; CRIMINAL AND CIVIL LAW AND MOTION / TRIAL / SETTLEMENT / CASE MANAGEMENT / DISMISSAL HEARING SCHEDULES;**
6. **NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE;**
7. **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

by putting a true and correct copy thereof in a sealed envelope, with postage fully prepaid, and placing the envelope for collection and mailing today with the United States Postal Service in accordance with the firm's ordinary business practices, addressed as follows:

| | |
|---|---|
| **Richard Jones, Esq.** | **Michael A. Gould, Esq.** |
| **Law Offices of Richard A. Jones** | **Aarin A. Zeif, Esq.** |
| **1820 E. 17th Street** | **Gould & Associates** |
| **Santa Ana, CA 92705** | **A Professional Law Corporation** |
| | **17822 E. 17th Street, Suite 106** |
| | **Tustin, CA 92780** |

1  I declare under penalty of perjury under the laws of the State of California
2  that the above is true and correct. Executed on July 10, 2007, at San Francisco,
3  California.

4                                                      /s/ Maggie T. Vuong
5                                                      Maggie T. Vuong

6  SF1:680001.1