UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Nicholas Tchikovani,<br><br>   Plaintiff,<br><br>   v.<br><br>Citicorp Investment Services,<br><br>   Defendant.<br>_____/ | No. C07-03560<br><br>**CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for October 16, 2007, 2007 before the Honorable Judge Howard R. Lloyd has been continued to **October 19, 2007 at 10:30 a.m.**, before the Honorable Judge Jeremy Fogel.  Parties are to appear in courtroom #3, 5th floor of the U.S. Courthouse, 280 South First Street, San Jose, California.  Parties are to submit a Joint Case Management Statement on October 12, 2007.

If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5166, so as to take this matter off calendar.

Dated: July 16, 2007                                 RICHARD W. WIEKING, Clerk
                                                     United States District Court


                                                       /s/ *Patty Cromwell*
                                                     By: Patty Cromwell, Courtroom Deputy
                                                     to Magistrate Judge Howard R. Lloyd

United States District Court

1  THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:

2  Michael A. Gould     michael@wageandhourlaw.com, lesley@wageandhourlaw.com

3  Chris A. Hollinger    chollinger@omm.com, wbenson@omm.com

4  Adam P. KohSweeney     akohsweeney@omm.com

5  Christopher T. Scanlan     cscanlan@omm.com, emuto@omm.com, mvuong@omm.com

6  Framroze Murzban Virjee     fvirjee@omm.com, khuggins@omm.com

**United States District Court**
For the Northern District of California