**E-filed 10/17/07**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF
CALIFORNIA
SAN JOSE DIVISION

NICHOLAS TCHIKOVANI,

    Plaintiff,

    v.

CITICORP INVESTMENT SERVICES,

    Defendants.
_____

No. C-07-3560-JF

Clerks's Notice

To: All Counsel and Parties in the above named action.

Due to a recent reassignment in this matter, the Court has rescheduled the Case Management Conference set for October 16, 2007. The new hearing date is Friday, November 26, 2007 at 10:30 AM before Judge Jeremy Fogel. The parties may appear by telephone by contacting Court Call at 866-582-6878 in advance of the hearing.

Please to report to Courtroom 3, on the 5th floor, United States District Courthouse, 280 South First Street, San Jose, CA 95113.

Dated: 10/17/07

For the Court,
Richard W. Wieking, Clerk

Diana Munz
electronic signature
Courtroom Deputy