**E-filed 10/17/07**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF
CALIFORNIA
SAN JOSE DIVISION

NICHOLAS TCHIKOVANI,

    Plaintiff,

    v.

CITICORP INVESTMENT SERVICES,

    Defendants.

_____

No. C-07-3560-JF

Clerks's Notice

To: All Counsel and Parties in the above named action.

Due to a recent reassignment in this matter, the Court has rescheduled the Case Management Conference set for October 16, 2007. The new hearing date is Friday, October 26, 2007 at 10:30 AM before Judge Jeremy Fogel. The parties may appear by telephone by contacting Court Call at 866-582-6878 in advance of the hearing.

Please to report to Courtroom 3, on the 5th floor, United States District Courthouse, 280 South First Street, San Jose, CA 95113.

Dated: 10/17/07
                                       For the Court,
                                       Richard W. Wieking, Clerk

                                       Diana Munz
                                       electronic signature
                                       Courtroom Deputy