Richard Jones (SB # 117679)
LAW OFFICES OF RICHARD A. JONES
1820 E. 17th Street
Santa Ana, CA 92705
Telephone: (714) 480-0200
Facsimile : (714) 480-0423

Michael A. Gould (SB # 151851)
Aarin A. Zeif (SB # 247088)
GOULD & ASSOCIATES
A Professional Law Corporation
17822 E. 17th Street, #106
Tustin, CA  92780
Phone (714) 669 2850  Fax  (714) 544 0800

Attorneys for Plaintiff
Nicholas Tchikovani

Framroze M. Virjee (S.B. #120401)
David L. Herron (SB #158881)
Adam P. KohSweeney (SB #229983)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California  90071-2899
Telephone:   (213) 430-6000
Facsimile:   (213) 430-6407
E-Mail:      akohsweeney@omm.com

Attorneys for Defendant
Citicorp Investment Services

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS TCHIKOVANI,<br><br>Plaintiff,<br><br>vs.<br><br>CITICORP INVESTMENT SERVICES, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 5:07-cv-03560-JF<br><br>**STIPULATED REQUEST FOR ORDER TRANSFERRING MATTER TO THE CENTRAL DISTRICT PURSUANT TO CIV. L.R. 3-13(d)**<br><br>Case Removed:   July 10, 2007<br>Trial Date:         None Set |

1  **WHEREAS**, on August 14, 2007, Defendant Citicorp Investment Services, which was merged with and into Citigroup Global Markets Inc. on May 31, 2007 ("CIS"), filed a Notice of Pendency of Other Action or Proceeding pursuant to Civil Local Rule 3-13 of this Court, alerting this Court to the existence of Throne v. Citicorp Investment Services, Inc., et al., Case No. CV 07-113-ABC (RZx) (C.D. Ca.) (the "Throne Action"), a matter which involves the same defendant, the same putative class, and almost exclusively the same issues of law as the above-captioned Tchikovani action, and which was filed several months prior to the above-captioned Tchikovani action;

**WHEREAS**, plaintiff Nicholas Tchikovani ("Tchikovani") did not file a statement supporting or opposing said Notice of Pendency as allowed by Civil Local Rule 3-13(c);

**WHEREAS**, on October 9, 2007, the undersigned parties filed a Joint Case Management Statement Pursuant to Rule 26(f) and Civil Local Rule 16-9, which again referenced the Throne Action and indicated that CIS anticipated filing a motion to Stay, Dismiss, or Transfer the above-captioned Tchikovani action;

**WHEREAS**, in advance of the upcoming Initial Case Management Conference, the undersigned parties have continued to meet-and-confer regarding the Throne Action and its impact on the above-captioned Tchikovani action;

**WHEREAS**, the parties have agreed that this matter should be transferred to the United States District Court for the Central District of California, where the undersigned parties jointly will file a Notice of Related Case pursuant to Local Rule 83-1.3 of that court and request that the case be assigned to the Honorable Audrey B. Collins and consolidated with the Throne Action; and

**WHEREAS**, this process would eliminate the need for an Initial Case Management Conference before this Court;

**NOW THEREFORE**, subject to this Court's approval of this Stipulation and execution of the attached [Proposed] Order, the parties, by and through their

-1-  **STIP. REQUEST FOR TRANSFER TO THE C.D. CA. PER CIV. L.R. 3-13(d) CASE NO. 5:07-cv-03650-JF**

respective counsel, hereby stipulate as follows:

1.    The above-captioned <u>Tchikovani</u> action is sufficiently related to the prior-filed Throne Action to warrant a finding that the two proceedings should be coordinated to avoid conflicts, conserve resources, and promote an efficient determination of the actions;

2.    The parties jointly request that this Court enter an order transferring this action to the Western Division of the United States District Court for the Central District of California, and continuing the Federal Rule of Civil Procedure 26(d) stay on discovery until such time as the United States District Court for the Central District of California orders otherwise; and

3.    The parties further request that the Initial Case Management Conference currently schedule for October 19, 2007, be continued and taken off calendar.

**IT IS SO STIPULATED AND RESPECTFULLY REQUESTED.**

Dated: October 17, 2007

Michael A. Gould
Aarin A. Zeif
Gould & Associates

By:_____/S/_____
Michael Gould
Attorney for Plaintiff
NICHOLAS TCHIKOVANI

Dated:  October 17, 2007

Framroze M. Virjee
David L. Herron
Adam P. KohSweeney
O'Melveny & Myers LLP

By:_____/S/_____
Adam P. KohSweeney
Attorney for Defendant
CITICORP INVESTMENT SERVICES

-2-

**STIP. REQUEST FOR TRANSFER TO THE C.D. CA. PER CIV. L.R. 3-13(d) CASE NO. 5:07-cv-03650-JF**

## **[PROPOSED] ORDER**

The Court hereby finds and orders as follows:

1. This Court finds, for the reasons discussed in the Notice of Pendency of Other Action or Proceeding pursuant to Civil Local Rule 3-13, filed August 14, 2007, that the above-captioned action entitled <u>Nicholas Tchikovani v. Citicorp Investment Services</u>, Case No. 5:07-cv-03560-JF (N.D. Ca.), is sufficiently related to the prior-filed <u>Throne v. Citicorp Investment Services, Inc., et al.</u>, Case No. CV 07-113-ABC (RZx) (C.D. Ca.), to warrant a finding that the two proceedings should be coordinated to avoid conflicts, conserve resources, and promote an efficient determination of the actions;

2. Accordingly, this Court orders that the above-captioned <u>Tchikovani</u> action hereby is transferred to the Western Division of the United States District Court for the Central District of California;

3. This Court further orders that the Initial Case Management Conference currently scheduled for October 19, 2007, in the above-captioned <u>Tchikovani</u> action is continued and taken off calendar; and

4. This Court further orders that the Federal Rule of Civil Procedure 26(d) stay on discovery in the above-captioned <u>Tchikovani</u> action is extended until such time as the United States District Court for the Central District of California orders otherwise.

**IT IS SO ORDERED.**

Dated: October ____, 2007

HON. JEREMY FOGEL
U.S. District Court Judge

1140156

-3-

STIP. REQUEST FOR TRANSFER TO
THE C.D. CA. PER CIV. L.R. 3-13(d)
CASE NO. 5:07-cv-03650-JF