1 | Mark R. Thierman Cal SB# 72913
THIERMAN LAW FIRM
7287 Lakeside Drive
Reno, Nevada 89511
Tel: (775) 284-1500

RICHARD A. JONES, SBN 117679
LAW OFFICES OF RICHARD A. JONES
1820 E. 17th Street
Santa Ana, CA 92705
Telephone: (714) 480-0200
Facsimile : (714) 480-0423

Michael A. Gould, Esq. SBN 151851
GOULD & ASSOCIATES
A Professional Law Corporation
17822 E. 17th Street, #106
Tustin, CA 92780
Phone (714) 669-2850  Fax (714) 544-0800

Attorneys for Plaintiff
NICHOLAS TCHIKOVANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE

| | |
|---|---|
| NICHOLAS TCHIKOVANI,<br><br>Plaintiff,<br><br>vs.<br><br>CITICORP INVESTMENT SERVICES, and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. C 07 3560 (JF)<br><br>Assigned to: Hon. Jeremy Fogel<br><br>**NOTICE OF ASSOCIATION OF COUNSEL**<br><br>(Santa Clara County Superior Court Case No. BC 107CV-083202)<br><br>Date Filed: 4/4/07<br><br>Trial Date: Not Set |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that plaintiff NICHOLAS TCHIKOVANI, hereby associate the below-named firm as his attorneys of record effective October 12, 2007:

/ / /

1
2
3  Mark R. Thierman Cal SB# 72913
   THIERMAN LAW FIRM
   7287 Lakeside Drive
   Reno, Nevada  89511
   Tel: (775) 284-1500

4  DATED: October 15, 2007        GOULD & ASSOCIATES

5
6                                  By _____
                                        MICHAEL A. GOULD
7                                       Attorney for Plaintiff NICHOLAS
                                        TCHIKOVANI
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 17822 E. 17th Street, Suite 106, Tustin, CA 92780.

On October 15, 2007, I served the foregoing documents described as:

**NOTICE OF ASSOCIATION OF COUNSEL**

on all interested parties in this action by placing the true copies thereof in sealed envelopes addressed as follows:

Framroze M. Virjee, Esq.
O'MELVENY & MYERS LLP
400 So. Hope Street
Los Angeles, CA 90071-2899
213-430-6000 FAX 213-430-6407
Attorneys for Def. CITICORP INVESTMENT SERVICES

Chris A. Hollinger, Esq.
O'MELVENY & MYERS LLP
275 Battery St., 26th Fl.
San Francisco, CA 94111-3344
415-984-3344 FAX 415-984-8701
Attorneys for Def. CITICORP INVESTMENT SERVICES

Richard A. Jones, Esq.
LAW OFFICE OF RICHARD A. JONES
1820 17th Street
Santa Ana, CA 92705
714-480-0200 Fax: 714-480-0423

Mark R. Thierman Cal SB# 72913
THIERMAN LAW FIRM
7287 Lakeside Drive
Reno, Nevada 89511
Tel: (775) 284-1500

CC:
Mark Primo, Esq.
INITIATIVE LEGAL GROUP, LLP
1800 Century Park East, 2nd Floor
Los Angeles, CA 90067

( XX) BY MAIL: I caused such envelope(s) to be deposited in the mail at Tustin, CA. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Tustin, California in the ordinary course of business.

//

//

1  ( ) BY FACSIMILE: On October _____, 2007, I served/transmitted the aforementioned document(s) by facsimile machine, pursuant to California Rules of Court, Rule 2008. The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2008(e), I caused the machine to print a transmission record of the transmission, a copy of which is attached.

(XX)   (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on October 15, 2007 at Tustin, California.

_____
Beki Osenbaugh

C:\Documents and Settings\Lesley\Desktop\ASSOC.wpd (Rev. 8/18/04)